PD-1503&1504-15

CAUSE No. 04-14-00548-CR & 04-14-00549-CR

| | | |
|---|---|---|
| LEOPOLDO CORTEZ-LEIJA<br>Petitioner | § | IN THE |
| | § | TEXAS COURT |
| v. | § | COURT OF CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | |
| | § | CRIMINAL APPEALS |
| | § | AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE PDR

To the Honorable Judges of the Court of Criminal Appeals:

Comes now, LEOPOLDO CORTEZ-LEIJA, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review, in support of this motion, Petitioner shows the court the following:

FILED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

I.

The Petitioner was convicted in the 216th Judicial District Court of Kendall County, Texas, of the offenses of sexual assault of a child and continous sexual assault of a child in Cause Numbers 5437 and 5438 styled the State of Texas v. Leopoldo CORTEZ-LEIJA. The Petitioner appealed to the Fourth Court of Appeals, San Antonio, Texas. The conviction was affirmed on September 23, 2015. Petitioner's Appellate Attorney, Kurtis S. Rudkin, filed a Motion for Reheearing. On November 4, 2015, the Fourth Court of Appeals denied and overruled the Motion for Rehearing.

II.

The present deadline for filing the Petition for discretionary Review is December 4, 2015. The Petitioner has not requested any extension prior to this request.

1.

III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming this case until November 9, 2015, since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on this appeal, Kurtis S. Rudkin, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court to grant this motion and extend this deadline for filing the Petition for Discretionary Review in Cause No.'s 04-14-00548-CR and 04-14-00549-CR to February 4, 2016.

Respectfully submitted,

*Leopoldo Cortez Leija*

LEOPOLDO CORTEZ-LEIJA
TDCJ# 1936988
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

**CERTIFICATE OF SERVICE**

I, LEOPOLDO CORTEZ-LEIJA do hereby certify that a true and correct copy of the above and foregiong motion for extension of time to file Petition for Discretionary Review has been forwarded by U.S. Mail, postage pre-paid, first class, to the State Prosecuting Attorney, P.O. Box 12405, Austin, TX 78711.

*Leopoldo Cortez Leija*

Petitioner Pro se

2.

## UNSWORN DECLARATION

I, Leopoldo Cortez-Leija, do hereby declare under penalty of perjury, that the above and foregoing motion for extension of time to file PDR, is true and correct to the best of my knowledge.

LEOPOLDO CORTEZ-LEIJA
TDCJ# 1936988
November 16, 2015

3.